# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: WESLEY A. MASSEY, PRO SE    :   No. 53 WM 2020
AND SIMILARLY SITUATED INMATES AT   :
SCI PINE GROVE                             :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 5th day of June, 2020, the "Application For An Exercise of King's Bench Power Or Extraordinary Jurisdiction" is DENIED.